## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Awad Odeh** and **Julia Salameh**, | Bankruptcy No. 23-5875 |
| Debtors. | Honorable David D. Cleary |
| **Ahmad Zahdan**, | |
| Plaintiff, | |
| v. | Adversary No. 23-334 |
| **Awad Odeh** and **Julia Salameh**, | |
| Defendants. | |

## NOTICE OF MOTION

**To:** See attached list.

**Please take notice** that on **December 6, 2023, at 10:30 a.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, **or** electronically as described below, and present the **Odeh and Salameh's Motion to Extend Time to Respond to the Complaint**, a copy of which is attached.

**Important: Only parties and their counsel may appear for the presentment electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID is 161 500 0972, and the passcode is 726993. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

| | |
|---|---|
| Dated: November 29, 2023 | **Awad Odeh** and **Julia Salameh** |
| | By: /s/ Jeffrey K. Paulsen |
| | One of Their Attorneys |

Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-0969
Fax:  (847) 574-8233
Email: jpaulsen@wfactorlaw.com

## CERTIFICATE OF SERVICE

    I, Jeffrey K. Paulsen, certify that that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on November 29, 2023.

                                                     /s/ Jeffrey K. Paulsen

## SERVICE LIST

**Registrants**
(Service via ECF)

David P. Lloyd                        courtdocs@davidlloydlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Awad Odeh** and **Julia Salameh**, | Bankruptcy No. 23-5875 |
| Debtors. | Honorable David D. Cleary |
| **Ahmad Zahdan**, | |
| Plaintiff, | |
| v. | Adversary No. 23-334 |
| **Awad Odeh** and **Julia Salameh**, | |
| Defendants. | |

**ODEH AND SALAMEH'S MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT**

When a debtor needs additional time to respond to a complaint, the deadline to do so should be extended. Awad Odeh and Julia Salameh are focused on other litigation with purported creditor Ahmad Zahdan, so they needs an additional month to respond to the complaint in this matter. The deadline for responding to Zahdan's complaint should therefore be extended by one month, to December 29, 2023.

### 1. BACKGROUND.

On May 3, 2023, Odeh and his spouse, Julia Salameh, filed a subchapter V reorganization case. Throughout the case, Odeh and Salameh have been dealing with several contested matters involving one purported creditor, Ahmad Zahdan. Of note, Odeh and Salameh are currently prosecuting a complaint against Zahdan seeking to avoid his alleged debt.

On October 30, 2023, Zahdan filed a complaint against Odeh seeking a declaration that the alleged debt owed to him is excepted from discharge. The deadline to respond to Zahdan's complaint is November 29, 2023.

## 2. DISCUSSION.

A defendant must ordinarily file its response to a complaint within 30 days after the summons is issued. Fed. R. Bankr. P. 7012(a). That deadline, however, may be extended for cause shown. Fed. R. Bankr. P. 9006(b)(1).

Here, Odeh and Salameh have been working on the avoidance action against Zahdan and will be focused on preparing a motion for summary judgment matter over the coming weeks. Odeh and Salameh therefore need an additional month to prepare their response to Zahdan's complaint in this matter. Therefore, cause exists to extend Odeh and Salameh's response deadline.

**Wherefore**, Odeh and Salameh respectfully requests that the Court extend the deadline to respond to the complaint to December 29, 2023, and grant such further relief as is appropriate under the circumstances.

| | |
|---|---|
| Dated: November 29, 2023 | **Awad Odeh** and **Julia Salameh** |
| | By: /s/ Jeffrey K. Paulsen |
| | One of Their Attorneys |

Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-0969
Fax:   (847) 574-8233
Email: jpaulsen@wfactorlaw.com

—2—

4868-2528-6548, v. 1